UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-118-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY ROGER MCCOREY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Ex Parte Motion for Additional Funds for Services of a Private Investigator. (Doc. No. 36).

In reviewing Defendant's motion, the Court finds that it appears that Defendant inadvertently failed to include the proposed hourly rate for the private investigator in the motion. Defendant shall, therefore, resubmit an amended motion, including in it the proposed hourly rate for the private investigator.

**IT IS SO ORDERED.**

Signed: June 28, 2019

Max O. Cogburn Jr
United States District Judge