UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-118-MOC-DCK-1

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **JERRY ROGER MCCOREY,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss the Indictment without Prejudice. (Doc. No. 37).

For good cause shown, the Court hereby grants the dismissal of the Bill of Indictment in Docket No. 3:18-cr-118 without prejudice as to Defendant Jerry Roger McCorey.

**IT IS SO ORDERED.**

Signed: July 2, 2019

Max O. Cogburn Jr.
United States District Judge